IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-cr-014 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| EVERETT SATTERWHITE (1), | : | |
| JAMES WILSON (2), | : | |
| KEVIN DORN (3), | : | |
| Defendants. | : | |

## FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On October 9, 2019, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following property (hereinafter the "subject property") had been forfeited to the United States pursuant to 21 U.S.C. § 853(a):

- FN Model Five-Seven, Cal: 5.7x28 SN: 386247822, one magazine and twenty-one rounds of 5.7x28 caliber ammunition;

- Samsung flip phone, MEID: 35563807259322;

- Samsung flip phone, MEID 35563807014986;

- Samsung flip phone, MEID HEX A00000485992C5;

- Black Apple iPhone without a case, SN: unknown;

- White Apple iPhone in a red case, SN: unknown; and

- Black Apple iPhone in a black case, SN: unknown.

The Court also found that the defendants had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendants, and the defendants did not object to the forfeiture.

At sentencing for each defendant, the Court announced the forfeiture of the subject property. The Judgment for each defendant establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 10, 2019.

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including William Lewis Wilkinson, Jr. and PV Holding Corp.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 21 U.S.C. § 853(a) and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 1/23/2020                                      *s/Thomas M. Rose
                                                      _____
                                                      THOMAS M. ROSE
                                                      UNITED STATES DISTRICT JUDGE