# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:19-cr-014 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| EVERETT SATTERWHITE, | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF 80) WITHOUT PREJUDICE TO REFILING.**

Upon motion of the defendant for a reduction in sentence pursuant to 18 U.S.C.§3582(c)(1)(A) (ECF 80), to which the government's time to respond has expired, and after considering the applicable factors set forth in 18 U.S.C.§3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted, it is hereby **ORDERED** that the motion is **DENIED** after complete review of the motion on its merits.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 28, 2020.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE